IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLAUDIA FUNEZ, | Civil Action File No. |
| | 1:12-cv-00259-WSD |
| Plaintiff, | |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant. | |
| _____/ | |

## CONSENT ORDER

It appearing to the Court that Wal-Mart Stores East, LP is the correct name corporate Wal-Mart Defendant, by consent of the parties and for good cause show, it is hereby

ORDERED that Wal-Mart Stores East, LP shall be substituted as a Defendant in lieu of Wal-Mart Stores, Inc. Plaintiff needs not file an Amended Complaint or Summons to reflect this substitution, and Defendant Wal-Mart Stores East, LP needs not file any further Answer. The previously filed Complaint by Plaintiff naming Wal-Mart Stores, Inc. shall be deemed the Complaint against Wal-Mart Stores East, LP. The previously filed Answer of Wal-Mart Stores, Inc. shall be binding on Wal-Mart Stores East, LP. Defendant Wal-Mart Stores East, LP have waived any defense based

on service of process or insufficiency of process, and the Complaint does not have to be re-served on the new defendants.

SO ORDERED this 7th day of February, 2012.

_____
William S. Duffey, Presiding Judge
United States District Court
Northern District of Georgia
Atlanta Division

CONSENTED TO:

BRUCE A. HAGEN, P.C.                    MCLAIN & MERRITT, P.C.

/s/ Bruce A. Hagen                      /s/ Albert J. DeCusati
Bruce A. Hagen, Esq.                    Albert J. DeCusati, Esq.
Attorneys for Plaintiff                 Attorneys for Defendants
(By Albert J. DeCusati,
with express permission)