IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLAUDIA FUNEZ, | Civil Action File No. |
| | 1:12-cv-00259-WSD |
| Plaintiff, | |
| v. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Counsel for all parties above, and hereby stipulate and agree that the above-referenced matter shall be dismissed with prejudice.

Respectfully submitted this 25 day of Oct., 2013.

CONSENTED TO:

_____
Bruce Hagen, Esq.
Georgia Bar No. 316678
119 North McDonough Street
Decatur, Georgia 30030
(404) 522-7553

_____
Albert J. DeCusati, Esq.
Georgia Bar No. 215610
McLain & Merritt, P.C.
3445 Peachtree Road NE, Suite 500
Atlanta, Georgia 30326
(404) 266-9171

## CERTIFICATE OF SERVICE

This is to certify that on ____10/31/13____, I electronically filed a **Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

This __31__ day of __October__, 2013.

                                                        McLAIN & MERRITT, P.C.

                                                        Albert J. DeCusati, Esq.
                                                        Georgia Bar No. 215610
                                                        Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171